UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
MICHAEL C. RODGERS, *et al.*,           )
                          Plaintiffs,          )   No. C03-0092L
           v.                                              )
                                     )   ORDER DENYING PLAINTIFF'S
THE UNION PACIFIC RAILROAD    )   MOTION FOR LEAVE TO FILE
COMPANY,                                       )   OVERLENGTH RESPONSE
                         Defendant.         )
_____)

This matter comes before the Court on "Plaintiff's Motion to File Overlength Brief in Opposition to Defendant's Summary Judgment Motion." Having reviewed defendant's motion for summary judgment, the Court finds that plaintiff should be able to respond adequately in the 24 pages allotted under Local Civil Rule 7(e). Plaintiff's motion is, therefore, DENIED.

DATED this 20th day of January, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFFS'
MOTION FOR LEAVE TO FILE
OVERLENGTH RESPONSE